UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

CIVIL ACTION NO. 1:13-cv-12495-IT

UNITED STATES OF AMERICA
Ex. Rel. Dale Meehan,
    Plaintiffs

V.

MEDSTAR AMBULANCE, INC., PIONEER VALLEY EMS, INC., MEDSTAR EMS, INC., METROWEST EMERGENCY MEDICAL SERVICES, INC. and FITCHBURG EMERGENCY MEDICAL SERVICES, INC.,
    Defendants

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, the defendants, MedStar Ambulance, Inc., Pioneer Valley EMS, Inc., MedStar EMS, Inc., MetroWest Emergency Medical Services, Inc., and Fitchburg Emergency Medical Services, Inc., hereby state that they are each Massachusetts corporations.  They have no parent corporations and there are no corporations that own 10% or more of their stock.

{Practice Areas/CORP/25610/00001/A2888843.DOCX}

MEDSTAR AMBULANCE, INC., PIONEER VALLEY EMS, INC., MEDSTAR EMS, INC., METROWEST EMERGENCY MEDICAL SERVICES, INC. and FITCHBURG EMERGENCY MEDICAL SERVICES, INC.,

By their attorneys,

Dated: April 6, 2015

/s/ Kenneth C. Pickering
Kenneth C. Pickering, BBO # 634121
Robert M. Engel, BBO # 687784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
kpickering@mirickoconnell.com
rengel@mirickoconnell.com

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Dated: April 6, 2015.

Dated: April 6, 2015

/s/ Kenneth C. Pickering
Kenneth C. Pickering