UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA, *ex rel.*     *
DALE MEEHAN,                            *
                                        *
      Plaintiff-Relator,          *
                                        *     Civil Action No. 13-cv-12495-IT
      v.                          *
                                        *
MEDSTAR AMBULANCE, INC., et al.,        *
                                        *
      Defendants.                 *

ORDER


      The parties' Joint Motion for Entry of a Confidentiality and Protective Order [#22] is

ALLOWED IN PART and DENIED WITHOUT PREJUDICE IN PART.  To the extent that the

proposed protective order governs the exchange of documents and information between the

parties, the motion is ALLOWED.  Insofar as the proposed protective order governs the use of

confidential information in any court proceeding or court filing, however, nothing in the

protective order limits this court's power to make orders concerning the disclosure or

impoundment of documents produced in discovery or at trial.  Thus, as to any portion of the

proposed protective order that purports to govern impoundment of documents before the court,

the motion is DENIED WITHOUT PREJUDICE to the party seeking to keep materials under

seal filing a motion and making a particularized showing of need for impoundment.

      IT IS SO ORDERED.

Date:  May 26, 2015                              /s/ Indira Talwani
                                          United States District Judge