UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Ex. Rel. Dale Meehan,<br><br>    Plaintiffs<br><br>V.<br><br>MEDSTAR AMBULANCE, INC.;<br>PIONEER VALLEY EMS, INC.;<br>MEDSTAR EMS, INC;<br>METROWEST EMERGENCY SERVICES,<br>INC. AND<br>FITCHBURG EMERGENCY MEDICAL<br>SERVICES, INC.,<br>    Defendant | CIVIL ACTION NO.1:13-CV-12495-IT |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff-Relator, Dale Meehan (the "Relator") and Defendants MedStar Ambulance, Inc., MedStar EMS, Inc., Pioneer Valley EMS, Inc., MetroWest Emergency Services, Inc., and Fitchburg Emergency Medical Services, Inc., (collectively the "Parties") hereby stipulate that all of the Relator's claims for attorney's fees and costs of litigation incurred in prosecuting Counts One and Two of the Complaint in the *qui tam* action pursuant to 31 U.S.C. § 3729 et seq. in the above-referenced matter, be dismissed with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DALE MEEHAN, | MEDSTAR AMBULANCE, INC.;<br>PIONEER VALLEY EMS, INC.;<br>MEDSTAR EMS, INC;<br>METROWEST EMERGENCY SERVICES, INC. AND<br>FITCHBURG EMERGENCY MEDICAL SERVICES, INC., |
| By her attorney, | |

*/s/ Jeffrey Newman 1/9/17*
Jeffrey Newman, BBO #370450
One Story Terrace
Marblehead, MA, 01945
Jeffrey.newman1@gmail.com

By their Attorneys,

*/s/ K-M C. P=/*
Kenneth C. Pickering, BBO #634121
Eva M. Ze,nick, BBO #676890
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
kpickering@mirickoconnell.com
ezelnick@mirickoconnell.com

Dated: January 9, 2017

## CERTIFICATE OF SERVICE

I, Eva M. Zelnick, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2017.

/s/ Eva M. Zelnick
Eva M. Zelnick

Dated:  January 9, 2017